IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE LEE JONES,

    Petitioner,

v.                                4:14cv65-WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed June 28, 2016. See Doc. 24. The magistrate judge recommends that Lawrence Lee Jones's amended petition for writ of habeas corpus be DENIED. Jones has filed objections (doc. 27) to the magistrate judge's report and recommendation.

Upon review of the record in light of Jones's objections, the court finds that the magistrate judge was correct in concluding that Jones is not entitled to federal habeas relief. As it must under 28 U.S.C. § 2254(d), this court defers to the state

court's finding—supported by the record and the law—that Jones did not demonstrate a liberty interest in parole sufficient to invoke the protections of the Due Process Clause. *See Thorne v. Chairperson Florida Parole Comm'n*, 427 F. App'x 765, 771 (11th Cir. 2011) (reiterating that "Florida's parole system does not create a protected liberty interest in parole"). Jones's amended petition for writ of habeas corpus must be denied.

Accordingly, it is ORDERED:

1. The court ADOPTS the magistrate judge's report (doc. 24) to the extent it addresses Jones's lack of a liberty interest in parole. The court does not adopt the magistrate judge's report regarding the challenged due process procedures.

2. Jones's amended petition for writ of habeas corpus (doc. 6) is DENIED.

3. The clerk shall enter judgment stating: "Lawrence Lee Jones's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this __7th__ day of __September__, 2016.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE